### ANGEL et al. v. ROWLETTE.

Court of Appeals of Kentucky.

Jan. 22, 1954.

Guy K. Duerson, Jr., Berea, Eugene S. Siler, Williamsburg, for appellants.

George Ross, Richmond, for appellee.

## PER CURIAM.

This is a motion for an appeal from a judgment dismissing appellants' petition which sought to have adjudged and located a passway through the land of appellee. Since it appears that appellee's land has been adversely possessed against the world, which would include appellants, for over 40 years, whatever rights appellants may have had to an unlocated and unused passway have long since been extinguished.

The judgment is affirmed.